2010–1020.   [State ex rel.] Perkins v. Court of Appeals, Second Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed. Request for oral argument denied as moot.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.